**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| BYRON J. THOMAS, | : | No. 4 WM 2023 |
| Petitioner | : | |
| v. | : | |
| PENNSYLVANIA PAROLE BOARD, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2023, the Application for Extraordinary Relief is DENIED.